Jacob Mayers, appellee, v. Charles J. Zak, appellant.  Gen. No. 28,546.

Forcible detainer action.  Judgment for plaintiff.  Appeal from the Municipal Court of Chicago; the Hon. Samuel H. Trude, Judge, presiding.  Heard in the first division of this court for the first district at the March term, 1923.  Affirmed.  Opinion filed March 10, 1924.  Rehearing denied March 24, 1924.  *Certiorari* denied by Supreme Court (making opinion final).

Levinson & Hoffman, for appellant; Harry C. Levinson, of counsel.  Edward L. England, for appellee.

Mr. Justice McSurely delivered the opinion of the court.

---

The People of the State of Illinois, by Robert E. Crowe, State's Attorney, for use of Robert and Dorothy Engle, plaintiffs, v. Nellie Engle et al., defendants.  Nellie Engle, petitioner.  Gen. No. 28,674.

Petition to compel support of pauper by relatives.  Order for support awarded.  Writ of certiorari to the County Court of Cook county; the Hon. Edward M. Mangan, Judge, presiding.  Heard in the first division of this court for the first district at the October term, 1923.  Reversed and remanded with directions.  Opinion filed March 10, 1924.

Bangs & Frankhauser, for petitioner.  No appearance for respondent.

Mr. Justice McSurely delivered the opinion of the court.

---

The People of the State of Illinois, defendant in error, v. Hugo Westerdahl, plaintiff in error.  Gen. No. 28,704.

Charge of drawing and delivering check without sufficient funds in bank to pay same.  Fine and sentence to House of Correction.  Error to the Municipal Court of Chicago; the Hon. Joseph Burke, Judge, presiding.  Heard in the first division of this court for the first district at the October term, 1923.  Affirmed.  Opinion filed March 10, 1924.  Rehearing denied March 24, 1924.

William A. Jennings and Robert W. Daniels, for plaintiff in error; John B. Fruchtl, of counsel.  Robert E. Crowe, State's Attorney, for defendant in error; Edward E. Wilson and Clyde C. Fisher, Assistant's State's Attorneys, of counsel.

Mr. Justice McSurely delivered the opinion of the court.

---

Matthew J. King et al., appellees, v. Henry P. Reger, appellant.  Gen. No. 28,710.

Complaint for careless execution of contract for installation of boiler.  Decree for defendant.  Appeal from the Circuit Court of Cook county; the Hon. George Fred Rush, Judge, presiding.  Heard in the first division of this court for the first district at the October term, 1923.  Affirmed.  Opinion filed March 10, 1924.

Charles Hudson, for appellant.  Peden, Graydon, Kahn & Murphy, for appellees; Gerald Ryan, of counsel.

Mr. Justice McSurely delivered the opinion of the court.